```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | |
| Plaintiff, | Civil No. 08-2431 (RBK) |
| v. | |
| NORTHEASTERN HARDWOOD FLOORS, et al., | |
| Defendants. | |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on August 20, 2008; and the Court noting the following appearances: Mark Opalisky, Esquire, appearing by telephone on behalf of the plaintiff; and Lisa Baughman, Esquire, appearing on behalf of the defendant Northeastern Hardwood; Frank Lasalvia, Esquire, appearing on behalf of defendant American Fire Restoration, LLC; and R. Morely, Esquire, appearing on behalf of defendant Robert Ganter Contractors, Inc.

IT IS this **21st** day of **August, 2008,** hereby **ORDERED**:

1. By **September 15, 2008,** all parties shall serve the Court with consent orders to amend their pleadings and/or to file third-party complaints with a copy of the proposed pleading.

2. Counsel shall make Fed. R. Civ. P. 26(a) disclosures on or before **September 30, 2008.**

3. Initial written discovery requests shall be served by **September 30, 2008.** Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

4. The Court will conduct an in-person status conference on **November 24, 2008 at 11:30 a.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER Fed. R. Civ. P. 16(f).**

```
                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge
```